## CRIMINAL COMPLAINT
### (Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Aden Jeremiah Rangel**; DOB: 2007; United States<br>**Gustavo Valenzuela-Felix**; DOB: 1997; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08983MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i) and 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about April 21, 2026, in the District of Arizona, **Aden Jeremiah Rangel** and **Gustavo Valenzuela-Felix,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Maria Isabel Robles-Valenzuela and Roberto Perez-Raxon, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**COUNT 2:** On or about April 21, 2026, in the District of Arizona, **Gustavo Valenzuela-Felix**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on July 18, 2022, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of **Title 8, United States Section 1326(a),** a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 21, 2026, in the District of Arizona (Ajo), Border Patrol Agents (BPAs) were notified of a suspicious vehicle entering the Organ Pipe Cactus National Monument (OPCNM) visitors center (VC). The OPCNM VC is located at approximately mile marker (MM) 75 on State Route (SR) 85. It is approximately five miles north of the International Boundary Fence (IBF). It is an area commonly used for human smuggling. The Ajo station Tactical Operations Center (TOC) advised that the vehicle, a silver Toyota Camry bearing AZ license plate BZA6E2, entered the VC at approximately 8:05 am, and exited the VC at approximately 8:16 a.m. The TOC advised that the rear suspension of the Camry appeared to be weighed down from when it entered and exited, which was an indicator that more people got into the vehicle at the VC. National Park Service officers (NPSOs) advised via service radio that they observed the Camry enter and exit the VC and observed that the driver of the vehicle was a male subject wearing gray baggy shorts. NPSOs advised that they would stop the Camry near MM58 on SR85 due to the Camry having an expired registration. BPAs decided to assist NPSOs with the stop and perform an immigration inspection on the occupants. NPSOs initiated a traffic stop and the Camry pulled over. As NPSOs and BPAs began walking up to the Camry it suddenly sped off from the traffic stop. BPAs followed the Camry and got behind it as it fled at a high rate of speed. BPAs set up a vehicle immobilization device further down the road where the Camry was driving towards. When the Camry passed by the BPAs location, they were able to successfully spike the vehicle. The Camry drove for another mile before it abruptly pulled off the side of the road, and six individuals exited the Camry and ran into the desert. BPAs searched the area on foot for the six subjects and were able to locate and apprehend them.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Maria Isabel Robles-Valenzuela and Roberto Perez-Raxon

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 22, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

Continued from front page.

The driver identified as **Aden Jeremiah Rangel** is a United States citizen. The other five subjects, including **Gustavo Valenzuela-Felix,** Maria Isabel Robles-Valenzuela, and Roberto Perez-Raxon, admitted to being citizens and nationals of Mexico and Guatemala.   Record checks revealed the five passengers, do not possess the proper documentation to enter, pass through, or remain in the United States legally. Back at the Ajo Station, **Gustavo Valenzuela-Felix** was identified as the foot guide by members of the group, who stated **Valenzuela** smuggled the group into the United States. They also stated he was guiding them and instructed them when the load vehicle arrived. Members of the group also stated **Valenzuela** placed them in the trunk of the vehicle and sealed them in.

Material witness Maria Isabel Robles-Valenzuela stated she is a citizen and national of Mexico. She made arrangements in Mexico to be smuggled into the United States, paid $1,500 USD, and was going to pay $5,000 USD once she reached Phoenix. She illegally crossed into the United States on April 20, 2026, with four other subjects including a foot guide. Before she crossed the fence, she was instructed to follow the foot guide **Gustavo Valenzuela-Felix.** She walked in the desert for one day until she arrived at the load up location. She then awaited instructions from **Gustavo Valenzuela-Felix** on which vehicle to get into. When the vehicle arrived at the location, she advised that she ran into the vehicle and was instructed to stay low. While she was in the vehicle, the vehicle drove north for approximately 15 minutes. After approximately 15 minutes, the BPAs attempted to conduct a traffic stop, at which point, the driver told her and the passengers to get out and run when he stopped the vehicle. ROBLES VALENZUELA advised that there was a guide in the group. She advised that the foot guide was arrested with the group. ROBLES VALENZUELA was shown a photo array of the group, and she identified Gustavo Valenzuela Felix as the foot guide. She claimed the foot guide, **Valenzuela,** was the one leading the group and telling them where to go. Every time **Valenzuela** was on the phone, he would separate himself from the group. **Valenzuela** was the one that told the group which car to get into. She was shown a 6-pack array of photos, and she identified **Aden Jeremiah Rangel** as the driver. She believed the driver knew the passengers in the vehicle were illegal, because the foot guide told them the exact car to get into. She also advised that the foot guide told the driver the people in the group were illegal. She described the vehicle as a small 4-door vehicle.

Material witness Roberto Perez-Raxon stated he is a citizen and national of Guatemala. His friend helped him make arrangements in Mexico to be smuggled into the United States and he would slowly pay off an unknown amount over time. He illegally crossed into the United States on April 20, 2026, with four other subjects, including a foot guide. After crossing, the group began following the man who was guiding them. The man was leading the group and appeared to be using his cellphone while doing so. When they arrived near a road, the guide told them to wait while he went down to check for their pick-up vehicle. The guide called the group to come out and enter a small grey vehicle that was waiting. As he approached the vehicle, the guide was at the trunk of the car and told him and one another to get in. The guide closed the trunk, sealing them in. The vehicle began to drive and eventually stopped. He stated that when the vehicle stopped, the trunk opened, and he saw a patrol vehicle behind them. At that time, he exited the trunk and ran. He was shown a photo array of all five members of his group in random order and asked to identify what each member's role was, and he identified **Gustavo Valenzuela-Felix** as the guide. He was shown a six-pack photo lineup which included the driver of the vehicle, but he was unable to identify him.

After waving his *Miranda* rights, principal **Aden Jeremiah Rangel** stated he is from Phoenix, Arizona. While visiting Sonora, Mexico, he met an unknown individual at a party who offered him an opportunity to make extra money. He was later contacted via WhatsApp by an individual using a Mexican phone number. The coordinator made arrangements for Rangel to be a driver. The night before the smuggling event, the coordinator contacted him again to discuss the pick-up location and payment details. He was informed he would be paid between $1,200 and $1,500 USD for each person he transported. The coordinator instructed him to drive to a specified pick-up location, collect the IAs, and return to Phoenix. The coordinator sent grid coordinates to the pick-up location via WhatsApp. He started driving from Phoenix, Arizona, early in the morning to the main campground near the OPNM-VC. He continued past several buildings onto a dirt road and arrived at the provided grid coordinates. He observed five individuals waiting by the roadside. Upon stopping, one female entered the front passenger seat, another female and a male entered the back seat, and two additional males got into the trunk. He admitted he knew the individuals were IAs, based on the remote desert location of the pick-up. After collecting the individuals, he departed the area. He noticed the BPAs following him for a short distance. When BPAs activated their emergency lights, he intended to pull over, but someone in the vehicle told him

not to stop. In a panic, he left the area and attempted to evade the stop, driving approximately two miles before pulling onto the shoulder. At that point, someone in the vehicle instructed him to get out and run. He opened the hood of the trunk and started running on foot.

After waving his *Miranda* rights, principal **Gustavo Valenzuela-Felix** stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States, paid $2,000 USD upfront, and was going to pay an additional $7,000 USD once he reached Phoenix. He illegally crossed into the United States on April 20, 2026. He walked in the desert for one day until he arrived to the load up location. When the vehicle arrived at the location, he advised that he got into the vehicle and the driver told everyone to stay low. After approximately one hour, BPAs attempted to conduct a traffic stop, at which point, the driver told him and the passengers to get out and run when he stopped the vehicle. There were five other people in the group with him, including the guide. He advised that there was a guide in the group. He also advised that the foot guide did not get into the vehicle with the rest of the group and left. He was shown a 6-pack photo array, but he was unable to identify the driver. He believed the driver knew the passengers in the vehicle were illegal, because the people that crossed him into the United States told the driver they were illegal. He described the vehicle as a small grey 4-door vehicle.